## MEMORANDUM DECISIONS.

ADAMS v. SHIRK et al. (Circuit Court of Appeals, Seventh Circuit. October 9, 1902.) No. 911. In Error to the Circuit Court of the United States for the Northern District of Illinois, Northern Division. William Burry, for plaintiff in error. Frederic Ullmann and N. W. Hacker, for defendants in error. Dismissed on motion of counsel for plaintiff in error.

ALTON v. A. F. SHAPLEIGH HARDWARE CO. (Circuit Court of Appeals, Fifth Circuit. November 25, 1902.) No. 1,132. Appeal from the District Court of the United States for the Western District of Texas. John Dowell, for appellant. Clarence H. Miller, for appellee. Before PARDEE and SHELBY, Circuit Judges, and BOARMAN, District Judge.

PER CURIAM. The decree of the district court is affirmed.